IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Dollar Tree Stores, Inc.,<br><br>Defendant. | Case No. 23-CV-368-KMM-LIB<br><br>**NOTICE OF FILING OF PROPOSED CLASS ACTION SETTLEMENT** |

Defendant Dollar Tree Stores, Inc. hereby submits as Exhibit A the parties' proposed Class Action Agreement and Release in conformance with the Class Action Fairness Act, 28 U.S.C. § 28 U.S.C. § 1715(b).

Dated: July 29, 2024   **GREENE ESPEL PLLP**

*s/Jeanette M. Bazis*
Jeanette M. Bazis, Reg. No. 0255646
Gina Tonn, Reg. No. 0504172
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
Jbazis@greeneespel.com
gtonn@greeneespel.com
(612) 373-0830

Attorneys for Defendant Dollar Tree Stores, Inc